United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-13652-jkf
Colleen Dietrich                                                        Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin            Page 1 of 2            Date Rcvd: Sep 28, 2018
                              Form ID: 318           Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2018.
```
db              +Colleen Dietrich,    330 Jacksonville Road,    Apt 10-102,    Warminster, PA 18974-6414
14116263        +Cap1/dbarn,    Capital One Retail Srvs/Attn: Bankruptcy,    Po Box 30258,
                  Salt Lake City, UT 84130-0258
14116265        +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                  Saint Louis, MO 63179-0040
14116274         Target,   Target Card Services,    Mail Stop NCB-0461,   Minneapolis, MN 55440
14116275        +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr              +EDI: QRHHOLBER.COM Sep 29 2018 06:53:00     ROBERT H. HOLBER,    Robert H. Holber PC,
                  41 East Front Street,    Media, PA 19063-2911
smg              E-mail/Text: megan.harper@phila.gov Sep 29 2018 03:06:38     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 29 2018 03:05:50
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 29 2018 03:06:09     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
14116262        +EDI: BANKAMER.COM Sep 29 2018 06:53:00     Bank Of America,   Nc4-105-03-14,    Po Box 26012,
                  Greensboro, NC 27420-6012
14116264        +EDI: CAPITALONE.COM Sep 29 2018 06:53:00     Capital One,
                  Attn: General Correspondence/Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
14116266        +EDI: WFNNB.COM Sep 29 2018 06:53:00     Comenitycapital/boscov,    Comenity Bank,
                  Po Box 182125,   Columbus, OH 43218-2125
14116267        +EDI: CRFRSTNA.COM Sep 29 2018 06:53:00     Credit First National Assoc,
                  Attn: BK Credit Operations,    Po Box 81315,   Cleveland, OH 44181-0315
14116268        +EDI: DISCOVER.COM Sep 29 2018 06:53:00     Discover Financial,    Po Box 3025,
                  New Albany, OH 43054-3025
14116269        +EDI: CBSKOHLS.COM Sep 29 2018 06:53:00     Kohls/Capital One,    Kohls Credit,   Po Box 3120,
                  Milwaukee, WI 53201-3120
14116457        +EDI: PRA.COM Sep 29 2018 06:53:00     PRA Receivables Management, LLC,    PO Box 41021,
                  Norfolk, VA 23541-1021
14116270        +EDI: SWCR.COM Sep 29 2018 06:53:00     Southwest Credit Systems,    4120 International Parkway,
                  Suite 1100,    Carrollton, TX 75007-1958
14116271        +EDI: RMSC.COM Sep 29 2018 06:53:00     Synchrony Bank/ JC Penneys,    Attn: Bankruptcy,
                  Po Box 965060,    Orlando, FL 32896-5060
14116272        +EDI: RMSC.COM Sep 29 2018 06:53:00     Synchrony Bank/ Old Navy,    Attn: Bankruptcy,
                  Po Box 965060,    Orlando, FL 32896-5060
14116273        +EDI: RMSC.COM Sep 29 2018 06:53:00     Synchrony Bank/Walmart,    Attn: Bankruptcy,
                  Po Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 15

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2018 at the address(es) listed below:
```
              MICHAEL SETH SCHWARTZ    on behalf of Debtor Colleen  Dietrich msbankruptcy@verizon.net
              REBECCA ANN SOLARZ    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              ROBERT H. HOLBER     trustee@holber.com,   rholber@ecf.epiqsystems.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```

```
District/off: 0313-2          User: admin              Page 2 of 2              Date Rcvd: Sep 28, 2018
                              Form ID: 318             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                                                                                              TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Colleen Dietrich** | Social Security number or ITIN **xxx–xx–5575** |
| | First Name   Middle Name   Last Name | EIN _ _ –_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _ –_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Eastern District of Pennsylvania** | | |
| Case number: **18–13652–jkf** | | |

# Order of Discharge                                                                                         12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Colleen Dietrich

9/27/18                                                         **By the court:**   Jean K. FitzSimon
                                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                              **Order of Discharge**                                    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2